**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| ZOHA RAHMAN, | |
| Plaintiff, | Civil Case Number: 3:24-cv-00253-MHL |
| -against- | |
| TRANS UNION, LLC, et al, | |
| Defendants. | |

**NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC**

The undersigned counsel for the Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant **TRANS UNION, LLC only** in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation of Dismissal with prejudice and without attorneys' fees or costs as to **TRANS UNION, LLC**.  It is respectfully requested that the matter against **TRANS UNION, LLC** be stayed for sixty (60) days to allow the parties to fully execute the settlement.

Dated:  August 14, 2024

/s/ Aryeh E. Stein
Aryeh E. Stein, # 45895
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, MD 21208
443-326-6011 (phone)
410-782-3199 (fax)
astein@meridianlawfirm.com
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

    I hereby certify that on August 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                              /s/ Aryeh E. Stein
                                              Aryeh E. Stein