IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ZOHA RAHMAN,<br><br>    Plaintiff,<br><br>-against-<br><br>TRANS UNION, LLC, et al,<br><br>    Defendants. | Civil Case Number: 3:24-cv-00253-MHL |

### STIPULATION OF DISMISSAL AS TO TRANS UNION, LLC

Plaintiff Zoha Rahman and Defendant Trans Union, LLC ("The Parties") hereby stipulate to the Plaintiff's voluntary dismissal of all claims against all Defendant **TRANS UNION, LLC only** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to **TRANS UNION, LLC**.

Dated:  August 23, 2024

| | |
|---|---|
| /s/ Aryeh E. Stein<br>Aryeh E. Stein, # 45895<br>Meridian Law, LLC<br>1212 Reisterstown Road<br>Baltimore, MD 21208<br>443-326-6011 (phone)<br>410-782-3199 (fax)<br>astein@meridianlawfirm.com<br>*Attorney for Plaintiff* | /s/ Marc Kirkland<br>Marc Kirkland, Esq.<br>Quilling Selander Lownds Winslett Moser<br>6900 N. Dallas Parkway, Suite 800<br>Plano, TX 75024<br>Tel: (214) 560-5454<br>Email: mkirkland@qslwm.com<br>*Attorney for Defendant*<br>*Trans Union, LLC* |

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on August 23, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<u>/s/ Aryeh E. Stein</u>
Aryeh E. Stein