IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ZOHA RAHMAN,

           Plaintiff,

-against-

TRANS UNION, LLC, et al,

           Defendants.

Civil Case Number: 3:24-cv-00253-MHL

**STIPULATION OF DISMISSAL AS TO TRANS UNION, LLC**

Plaintiff Zoha Rahman and Defendant Trans Union, LLC ("The Parties") hereby stipulate to the Plaintiff's voluntary dismissal of all claims against all Defendant **TRANS UNION, LLC** **only** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to **TRANS UNION, LLC**.

Dated: August 23, 2024

/s/ Aryeh E. Stein
Aryeh E. Stein, # 45895
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, MD 21208
443-326-6011 (phone)
410-782-3199 (fax)
astein@meridianlawfirm.com
*Attorney for Plaintiff*

/s/ Marc Kirkland
Marc Kirkland, Esq.
Quilling Selander Lownds Winslett Moser
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
Tel: (214) 560-5454
Email: mkirkland@qslwm.com
*Attorney for Defendant*
*Trans Union, LLC*

**SO ORDERED**

/s/ MHL
M. Hannah Lauck
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Aryeh E. Stein
Aryeh E. Stein