IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ZOHA RAHMAN,<br><br>    Plaintiff,<br><br>-against-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al,<br><br>    Defendants. | Civil Case Number: 3:24-cv-00253-MHL |

## STIPULATION OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

  Plaintiff Zoha Rahman and Defendant Experian Information Solutions, Inc. ("The Parties") hereby stipulate to the Plaintiff's voluntary dismissal of all claims against all Defendant **EXPERIAN INFORMATION SOLUTIONS, INC. only** in the above-captioned matter, with prejudice.

  The parties shall bear their own attorneys' fees and costs incurred in this action as to **EXPERIAN INFORMATION SOLUTIONS, INC**.

Dated:  September 20, 2024

| | |
|---|---|
| /s/ Aryeh E. Stein<br>Aryeh E. Stein, # 45895<br>Meridian Law, LLC<br>1212 Reisterstown Road<br>Baltimore, MD 21208<br>443-326-6011 (phone)<br>410-782-3199 (fax)<br>astein@meridianlawfirm.com<br>*Attorney for Plaintiff* | /s/ David N. Anthony<br>David N. Anthony, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>1001 Haxall Point<br>Richmond, VA 23219<br>Tel: (804) 697-5410<br>Email: david.anthony@troutman.com<br>*Attorney for Defendant*<br>*Experian Information Solutions, Inc.* |

## CERTIFICATE OF SERVICE

 I hereby certify that on September 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                /s/ Aryeh E. Stein
                Aryeh E. Stein