IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ZOHA RAHMAN,

           Plaintiff,

-against-

EXPERIAN INFORMATION
SOLUTIONS, INC., et al,

           Defendants.

Civil Case Number: 3:24-cv-00253-MHL

## STIPULATION OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff Zoha Rahman and Defendant Experian Information Solutions, Inc. ("The Parties") hereby stipulate to the Plaintiff's voluntary dismissal of all claims against all Defendant **EXPERIAN INFORMATION SOLUTIONS, INC. only** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to **EXPERIAN INFORMATION SOLUTIONS, INC**.

Dated: September 20, 2024

/s/ Aryeh E. Stein
Aryeh E. Stein, # 45895
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, MD 21208
443-326-6011 (phone)
410-782-3199 (fax)
astein@meridianlawfirm.com
*Attorney for Plaintiff*

/s/ David N. Anthony
David N. Anthony, Esq.
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point
Richmond, VA 23219
Tel: (804) 697-5410
Email: david.anthony@troutman.com
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

SO ORDERED

/s/ MHL
M. Hannah Lauck
United States District Judge

9/23/24

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Aryeh E. Stein
Aryeh E. Stein