**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

ZOHA RAHMAN,

              Plaintiff,

      -against-

EQUIFAX INFORMATION SERVICES,
LLC, et al,

          Defendants.

Civil Case Number: 3:24-cv-00253-MHL

**NOTICE OF VOLUNTARY DISMISSAL AS TO
EQUIFAX INFORMATION SERVICES, LLC**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant **EQUIFAX INFORMATION SERVICES, LLC <u>only</u>** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to **EQUIFAX**.

Dated:  October 8, 2024

**SO ORDERED**

/s/
M. Hannah Lauck
United States District Judge
10/15/24

/s/ Aryeh E. Stein
Aryeh E. Stein, # 45895
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, MD 21208
443-326-6011 (phone)
410-782-3199 (fax)
astein@meridianlawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on October 8, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Aryeh E. Stein*
Aryeh E. Stein