IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ZOHA RAHMAN,

           Plaintiff,

-against-

AMERICAN EXPRESS NATIONAL
BANK, et al,

           Defendants.

Civil Case Number: 3:24-cv-00253-MHL

**NOTICE OF SETTLEMENT AS TO AMERICAN EXPRESS NATIONAL BANK**

The undersigned counsel for the Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant **AMERICAN EXPRESS NATIONAL BANK only** in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation of Dismissal with prejudice and without attorneys' fees or costs. It is respectfully requested that the matter against **AMERICAN EXPRESS NATIONAL BANK** be stayed for sixty (60) days to allow the parties to fully execute the settlement.

Dated: October 15, 2024

/s/ Aryeh E. Stein
Aryeh E. Stein, # 45895
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, MD 21208
443-326-6011 (phone)
410-782-3199 (fax)
astein@meridianlawfirm.com
*Attorney for Plaintiff*

SO ORDERED

10/16/24

/s/ MHL
M. Hannah Lauck
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Aryeh E. Stein
Aryeh E. Stein